UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

VICTORIA DIVISION

United States Courts
Southern District of Texas
FILED

OCT 08 2025

Nathan Ochsner, Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA § § v. § § WILSON XORXE-SAQUIC § | CRIMINAL NUMBER **V-25-88** |

INDICTMENT

THE GRAND JURY CHARGES THAT:

COUNT ONE

On or about September 11, 2025, in the Victoria Division of the Southern District of Texas and within the jurisdiction of the Court, the defendant,

WILSON XORXE-SAQUIC,

did forcibly and intentionally, assault, resist, oppose, impede, intimidate, and interfere with United States Department of Homeland Security, Homeland Security Investigations Special Agent A.P., a person designated in Title 18, United States Code, Section 1114, while said person was engaged in and on account of the performance of his official duties, and said acts involving physical contact with United States Department of Homeland Security, Homeland Security Investigations Special Agent A.P., to wit: in an attempt flee did forcibly push Homeland Security Investigations Special Agent A.P. and while struggling with Homeland Security Investigations Special Agent A.P. did scratch his head and arms with his fingernails.

In violation of Title 18, United States Code, Section 111(a)(1).

COUNT TWO

On or about December, 2024, in the Southern District of Texas and within the jurisdiction

of the Court, the Defendant,

WILSON XORXE-SAQUIC,

who was then and there an alien, did knowingly and unlawfully enter the United States from Mexico, at a point at or near Hidalgo, Texas which said time and place was other than as designated by immigration officials of the United States for the entrance of immigrants into the United States. In violation of Title 8, United States Code, Section 1325(a)(1).

A TRUE BILL:
ORIGINAL SIGNATURE ON FILE
FOREPERSON OF THE GRAND JURY

NICHOLAS J. GANJEI
UNITED STATES ATTORNEY

By: *Patti Hubert Booth*
PATTI HUBERT BOOTH
Assistant United States Attorney